**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| KEVIN C. ANDERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN FARMERS & RANCHERS )<br>MUTUAL INSURANCE CO., a/k/a AFR )<br>)<br>Defendant. ) | Case No. CIV-16-878-D |

**JOINT STIPULATION OF DISMISSAL**

**COME NOW** the parties, and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon.  Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 9th DAY OF JANUARY, 2017.**

s/Mark Hammons
Mark Hammons, OBA No. 3748
325 Dean A. McGee Ave.
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: cheri@hammonslaw.com
*Counsel for Plaintiff*

s/Melissa McDuffey
*(Signed by filing party with permission)*
Leonard Court, OBA #1948
Melissa McDuffey, OBA #32463
CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102
Telephone: (405) 235-7700
Facsimile:  (405) 239-6651
Email:leonard.court@crowedunlevy.com
melissa.mcduffey@crowedunlevy.com

1